Super Acupuncture & Herbology, P.C., as Assignee of Diane Darmoogan, Appellant,
against
NYC Office of the Comptroller, Respondent.




Law Firm of Natalia Skvortsova (Natalia Vassilieva of counsel), for appellant.
Corporation Counsel City of New York (Tanisha Byron, Pamela Seider Dolgow and Margaret G. King of counsel), for respondent.

Appeal from an order of the Civil Court of the City of New York, Queens County (Terrence C. O'Connor, J.), entered May 20, 2015. The order granted defendant's motion for summary judgment dismissing the complaint and denied plaintiff's cross motion for summary judgment.




ORDERED that the order is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, defendant moved for summary judgment dismissing the complaint on the ground that the action had been commenced after the expiration of the three-year limitation period of CPLR 214 (2), which, defendant contended, was applicable to self-insurers such as defendant. Plaintiff cross-moved for summary judgment and argued, among other things, that the action is subject to a six-year statute of limitations. By order entered May 20, 2015, the Civil Court granted defendant's motion and denied plaintiff's cross motion.
For the reasons stated in Contact Chiropractic, P.C. v New York City Tr. Auth. (31 NY3d 187 [2018]), the order is affirmed.
PESCE, P.J., ALIOTTA and ELLIOT, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 09, 2018